IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ISNEL RIGAUD
also known as
Chrisnel Rigaud,

   Petitioner,

    v.

STATE OF GEORGIA,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-134-TWT

**ORDER**

This is a pro se action seeking to set aside a state court conviction. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending closing the case administratively. The Court approves and adopts the Report and Recommendation as the judgment of the Court. It is clear that if the Court construes the Petitioner's pleadings as a habeas corpus action that it will have to be dismissed for failure to exhaust state remedies and the Petitioner cannot thereafter seek federal relief. This action is DISMISSED without prejudice.

SO ORDERED, this 24 day of January, 2017.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge